**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Stephan Miller,** | ) | **CASE NO. 5:05 MC 32** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Margaret Bradshaw,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| Respondent. | ) | |

This Court, having DENIED Petitioner's Motion for Equitable Tolling of Habeas Corpus (Doc. 1), hereby enters judgment in favor of respondent and against petitioner.

IT IS SO ORDERED.

       /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 7/12/05

1